# 916    CASES REPORTED WITH BRIEF SYLLABI.

Joseph C. Rintelen, Appellant, v. Rose D. Schaefer, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Solomon Wisotzky, Appellant, v. Birdie Kessler, Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Sarah Witten, Appellant, v. Louis J. Witten, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Pasquale Aldrudo, Appellant, v. The A. E. Klotz Fireproofing Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Albert M. Darling, Respondent, v. William Gleichmann, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Frank Darmstadt, Respondent, v. John Oscar Ball, Appellant.— Interlocutory judgment affirmed, with costs, with leave to plead over on payment of costs. No opinion. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., taking no part.

Henrietta Della Valle, by Vincenzo Vitale, Her Guardian Ad Litem, Respondent, v. Holland Laundry, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of The City of New York, Appellant, Relative to Acquiring Title, etc., for the Purpose of Opening Remsen Avenue, etc. The Greater New York Development Company and Others, Respondents. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of City of New York, Remsen Ave.* (*No. 1*) (*ante*, p. 418), decided herewith. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Thomas, J., not voting.

In the Matter of the Application of Daniel Elliott for a Writ of Habeas Corpus.— Order affirmed by default. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Theodore Koehler, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the ground that the damages are not sufficiently proven. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John W. MacKay, Respondent, v. Martin Niland, Appellant.— Judgments affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Patrick Francis O'Donohue, Respondent, v. Julius Merksamer and Leo Merksamer, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.